UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ANN YAMADA,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI,[1] Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 1:20-cv-01386-NONE-BAM<br><br>**ORDER RE STIPULATION FOR EXTENSION OF TIME**<br><br>(Doc. 17) |

On September 14, 2021, the parties filed a stipulation for a 30-day extension of time for Plaintiff to file an Opening Brief.  (Doc. 17.)  Pursuant to the Scheduling Order, the Court allows a single thirty-day extension of time by stipulation of the parties without Court approval.  (Doc. 5.)  The Court acknowledges the parties' stipulation that "Plaintiff shall have a 30-day extension of time, from October 12, 2021 to November 12, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF."  (Doc. 17 at 1.)  All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __September 15, 2021__      /s/ *Barbara A. McAuliffe*
                    UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit.

1