JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Ashley Ann Yamada,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01386-NONE-BAM<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER FOR SECOND<br>EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 12, 2021 to January 11, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this

district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in November and December 2021.  Thus, Counsel is requesting an extension through January 11, 2021 to accommodate the number of cases due. For the week of November 8, 2021, Counsel has due, eight merit brief and several letter briefs and replies.  In the short month of December 2021, Counsel has 20 merit briefs scheduled due.  In addition, Counsel also has seven administrative hearings before the Office of Hearings Operations during the week of November 8, 2021.

In additional, Counsel has received an increase in the number of AC denials which require a review for possible filing in US District Court.  Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of November and December 2021.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays. Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 5, 2021          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA

Attorneys for Plaintiff

Dated: November 9, 2021         PHILLIP A. TALBERT
                                Acting United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                          By:   */s/ Oscar Gonzalez de Llano
                                Oscar Gonzalez de Llano
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on November 9, 2021)

3

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a second extension of time to file an Opening Brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before January 11, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 10, 2021**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

4