PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ANN YAMADA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-01386-JLT-BAM<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Opening Brief be extended seventy (70) days from February 10, 2022, to April 21, 2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant will be unable to devote the time required to complete Defendant's response to Plaintiff's Opening Brief given the current due date.  The undersigned

1  attorney has been out of the office on extended paternity leave for the past couple months and
2  returned full-time last week after unexpectedly spending an additional week out of the office
3  caring for his 3 year old son due to COVID.  As this Court no doubt knows, Social Security case
4  filings in federal court increased significantly in the past year.  The increased filings,
5  compounded by COVID-related delays in transcript production and attorney attrition, have
6  resulted in an increased workload and competing deadlines.  Counsel for Defendant currently has
7  twenty (20) merit briefs currently due in district court cases over the next 30 days and an
8  additional eighteen (18) merit briefs currently due in district court cases in 30-60 days.   Given
9  this current workload a lengthy extension until April 21, 2022 should provide an opportunity for
10 the undersigned Counsel for Defendant to complete the response to Plaintiff's Opening Brief.
11 Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given
12 the high volume of cases that all of our limited staff (due to leave and resignations) is handling.
13 Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in
14 the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: January 22, 2022         By:   *s/ Oscar Gonzalez de Llano*
                                     OSCAR GONZALEZ DE LLANO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: January 22, 2022         By:   *s/ Jonathan O. Pena**
                                     Jonathan O. Pena, Esq.
                                     Pena & Bromberg, Attorneys at Law
                                     (*as authorized by email)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that Defendant shall have an extension, up to and including April 21, 2022, to respond to Plaintiff's Opening Brief.  All other deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

    Dated:  **January 25, 2022**          /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE